

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| R & M Mixed Beverages Consultants, Inc., | § | No. 08-17-00054-CV |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 210th District Court |
| | § | |
| | | of El Paso County, Texas |
| Safe Harbor Benefits, Inc., USG Insurance Services, Inc., WKF & C Agency, Inc. of | § | (TC# 2016DCV0374) |
| Texas, and WKF & C Agency as Merged Into Ryan Specialty Group Services, LLC, | § | |
| and/or Ryan Specialty Group, LLC | § | |
| Appellee. | § | |
| | § | |

## **ORDER**

The Court GRANTS the Appellee's Safe Harbor Benefits, Inc.'s, third motion for extension of time within which to file the brief until **November 9, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S, BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Levon G. Hovnatanian the attorney for Appellee Safe Harbor Benefits, Inc., prepare the Appellee's brief and forward the same to this Court on or before November 9, 2017.

IT IS SO ORDERED this 11th day of October, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.